UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE WEIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TIMBERLINE KNOLLS, LLC, MARYELLEN MCKENNA, and CHC COBRASOURCE, INC., | ) ) ) ) ) |
| Defendants. | ) |
| TIMBERLINE KNOLLS, LLC, | ) ) |
| Cross-Plaintiff | ) ) |
| v. | ) ) |
| CHC COBRASOURCE, INC., | ) ) |
| Cross-Defendant | ) |

Case No. 10-cv-5935

Hon. Sidney I. Schenkier

## JOINT STIPULATION OF DISMISSAL

The Parties, through their respective counsel, jointly request that this Court enter a dismissal order as to Counts III and IV of the Amended Complaint as well as Timberline Knolls LLC's Cross-Claim against CHC COBRAsource, Inc. ("COBRAsource"), as follows: (a) Counts III and IV of the Amended Complaint are dismissed with prejudice, in their entirety, and without costs as to both COBRAsource and Timberline Knolls; (b) Timberline Knolls' Cross-Claim against COBRAsource is dismissed with prejudice, in its entirety, and without costs; and (c) because no claims remain against it, COBRAsource is dismissed from the above-entitled action.

| | | |
|---|---|---|
| By: /s/ Marni J. Willenson | /s/ Debrai G. Haile | /s/ Yvette Heintzelman |
| Marni J. Willenson | Debrai G. Haile | Yvette Heintzelman |
| Willenson Law, LLC | Laner Muchin et al. | Clark Baird Smith LLP |
| 542 S. Dearborn Street | 515 N. State Street | 6133 N. River Road |
| Suite 610 | Suite 2800 | Suite 1120 |
| Chicago, Illinois 60605 | Chicago, Illinois 60654 | Rosemont, Illinois 60018 |
| **Counsel for Plaintiff** | **Counsel for COBRAsource** | **Counsel for Timberline Knolls** |